UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Angelo Acosta,                                   Case No. 3:24-cv-201

           Petitioner,

v.                                             ORDER

Bryant Palmer, Warden,

           Respondent.

Before me is the April 28, 2025 Report and Recommendation of Magistrate Judge Darrell A. Clay, recommending I dismiss *pro se* Petitioner Angelo Acosta's petition for a writ of habeas corpus under 28 U.S.C. § 2254 because the petition was filed after the one-year statute of limitations and Petitioner failed to show he is entitled to equitable tolling.[1] (Doc. No. 22).

Under the relevant statute, "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1); *United States v. Walters,* 638 F.2d 947, 949 (6th Cir. 1981). The deadline to file objections was May 12, 2025. The petitioner has not filed any objections and that deadline has passed.

The failure to file written objections to the Magistrate Judge's Report and Recommendation constitutes a waiver of a determination by the district court of an issue covered in the report.

---

[1] Acosta is incarcerated at the Ohio State Penitentiary, where Bryant Palmer currently is the Warden. Therefore, I order the Clerk of Court to substitute Palmer as the Respondent in this case. *See* Fed. R. Civ. P. 25(d).

*Thomas v. Arn,* 728 F.2d 813, 815 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also Walters,* 638 F.2d at 950; *Smith v. Detroit Fed'n of Teachers, Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) ("[O]nly those specific objections to the magistrate's report made to the district court will be preserved for appellate review").

Following my review of the Magistrate Judge's Report and Recommendation, I accept Judge Clay's recommendation.  Further, I certify there is no basis on which to issue a certificate of appealability.  28 U.S.C. § 2253; Fed. R. App. P. 22(b).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge